UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

     Plaintiff,

v.                                    Case No. 09-20105

D-7 Robert Glee Martin,            Honorable Sean F. Cox

     Defendant.

_____/

## ORDER REVOKING BOND
## AND DETAINING DEFENDANT PENDING SENTENCING

Pursuant to 18 U.S.C. § 3143(a)(2), Defendant Robert Glee Martin, having pled guilty to

Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of 21

U.S.C. § 846 and 841(a)(1), Defendant's bond is hereby REVOKED and Defendant is

ORDERED to be DETAINED by the United States Marshal's Service for transfer to the custody

of the Bureau of Prisons.

     IT IS SO ORDERED.


                                        S/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated: February 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on
February 16, 2010, by electronic and/or ordinary mail.

                                        S/Jennifer Hernandez
                                        Case Manager